■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELICIA JOHNSON, Appellant. [628 NYS2d 515] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered January 5, 1994, convicting her of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have examined the defendant's remaining contentions and find them to be without merit. Sullivan, J. P., Miller, Pizzuto and Friedmann, JJ., concur.